IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:20-CR-00058 |
| | § | |
| KIMONDRA DAMON SKYLER (2) | § | |
| a.k.a. "Mondra" | § | |

## BILL OF PARTICULARS

The government files this Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 of the following property:

Smith & Wesson, .40 caliber handgun, model SD40, serial number FZP5371 with one magazine, seized from Kimondra Damon Skyler a.k.a. "Mondra."

    Respectfully submitted,

    STEPHEN J. COX
    UNITED STATES ATTORNEY

    /s/
    ERNEST GONZALEZ
    Assistant United States Attorney
    Texas Bar No. 00789318
    101 E. Park Blvd., Suite 500
    Plano, Texas 75074
    (972) 509-1201
    (972) 509-1209 (fax)
    Ernest.Gonzalez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on October 26, 2020.

                                                ___/s/_____
                                                ERNEST GONZALEZ