IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:20CR58 |
| | § Judge Mazzant |
| LAMARCUS DOMONIQUE SHAW (7) | § |
| a.k.a. "Peewee" | § |

## FACTUAL BASIS

The defendant, **Lamarcus Domonique Shaw**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Lamarcus Domonique Shaw**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. On or about September 10, 2019, in Coppell, Texas, a location within the Northern District of Texas, **Lamarcus Domonique Shaw, a.k.a. "Peewee,"** and others, aided and abetted each other, and took personal property, consisting of United States currency, business checks, and a cellular phone, from the persons against their will, by means of actual or threatened force, violence, and fear of injury to their person. The robbery further prevented the donut store from opening on the day of the robbery, resulting in the approximate loss of $800 in sales.

4. On or about September 23, 2019, in Flower Mound, Texas, a location within the Eastern District of Texas, **Lamarcus Domonique Shaw, a.k.a. "Peewee,"** and others, aided and abetted each other, and took personal property, consisting of United States currency, a business debit card, business credit cards, a personal credit card, and a purse, from the persons against their will, by means of actual or threatened force, violence, and fear of injury to their person.

5. On or about September 23, 2019, within the Eastern District of Texas, **Lamarcus Domonique Shaw, a.k.a. "Peewee,"** aiding and abetting others, did knowingly use, carry, and brandish a firearm, during and in relation to a crime of violence, namely, interference with commerce by robbery, in violation of 18 U.S.C. §§ 1951(a), as alleged in Count Six, for which the defendants may be prosecuted in a court of the United States, and the defendants did knowingly possess and brandish said firearm in furtherance of the commission of that offense.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Factual Basis and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 03-01-23

_____
LAMARCUS DOMONIQUE SHAW
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Second Superseding Indictment.

Dated: 3/1/23

_____
LEIGH W. DAVIS
Attorney for the defendant